IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ELMER ESPINOZA,

      Appellant,

v.

HOMESTEAD CONCRETE
AND DRAINAGE, AND
ZURICH AMERICAN INS. CO.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2679

Opinion filed March 18, 2015.

An appeal from an order of the Judge of Compensation Claims.
Mark A. Massey, Judge.

Date of Accident: July 2, 2012.

Toni L. Villaverde of Toni L. Villaverde, PLLC., Coral Gables, for Appellant.

Stefan V. Bunecky, Sarasota, and William H. Rogner, Winter Park, for Appellees.


PER CURIAM.

     AFFIRMED.

LEWIS, C.J., RAY and SWANSON, JJ., CONCUR.